[No. 44944-3-I.   Division One.   July 17, 2000.]

NORTHWEST LINE CONSTRUCTORS CHAPTER OF THE NATIONAL ELECTRICAL CONTRACTORS ASSOCIATION, ET AL., *Appellants*, v. SNOHOMISH COUNTY PUBLIC UTILITY DISTRICT No. 1, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 99-2-00267-7, Thomas J. Wynne, J., entered July 14, 1999. *Remanded* by unpublished opinion per Coleman, J., concurred in by Becker, A.C.J., and Kennedy, J.

[No. 44995-8-I.   Division One.   July 17, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL PIERCE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-00774-0, Terrence P. Lukens, J., entered July 12, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 44981-8-I.   Division One.   July 17, 2000.]

DANIEL RAYGOZA, ET AL., *Appellants*, v. ST. IVES CORPORATION, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 98-2-17514-1, Jeanette R. Burrage, J., entered June 17, 1999 and June 24, 1999. *Affirmed* by unpublished opinion per Cox, J., concurred in by Webster and Baker, JJ.